UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Bank of America, N.A.,

      Appellant,

v.　　　　　　　　　　　　　　　　　　　　　No. 14-5192

Thomas E. Perez, Secretary, United States
Department of Labor, *et al.*,

      Appellees.

## CONSENT MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant Bank of America, N.A. respectfully moves to dismiss this appeal with prejudice pursuant to an agreement between Appellant and Appellees. Appellees consent to this motion. Appellant and Appellees will bear their own costs, fees and expenses in this appeal.

          Respectfully submitted,

          /s/ Elena D. Marcuss

          Elena D. Marcuss
          MCGUIREWOODS LLP
          7 Saint Paul Street
          Suite 1000
          Baltimore, Maryland 21202
          (410) 659-4454
          emarcuss@mcguirewoods.com

          *Counsel for Appellant*
          *Bank of America, N.A.*